United States District Court
Southern District of Texas
**ENTERED**
November 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Walter Manuel URQUIA-ROMERO | § | |
| | § | **Civil Action No. 4:26-cv-7658** |
| Petitioner, | § | |
| | § | |
| v. | § | **HONORABLE JUDGE** |
| | § | **GEORGE C. HANKS, JR.** |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Upon consideration of Petitioner's Notice of Voluntary Dismissal Pursuant F.R.C.P. 41(a)(1)(A)(i) or Motion to Dismiss as Moot in the Alternative (Dkt. 4), the Court finds that Petitioner's habeas petition has been rendered moot, as he has voluntarily departed the United States.

Accordingly, the Court ORDERS as follows:

1. The petitioner's Motion to Dismiss (Dkt. 4) is GRANTED.
2. This case is DISMISSED WITHOUT PREJUDICE.
3. Any remaining pending motion are DENIED AS MOOT.

SIGNED this 17th day of November, 2026.

George C. Hanks Jr
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE